UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, </br></br> Plaintiff, </br> v. </br></br> CENTRAL INTELLIGENCE AGENCY, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No.: 12-2053 (ESH) </br> ) </br> ) </br> ) </br> ) </br> ) |

**SECOND CONSENT MOTION FOR ENLARGEMENT OF
TIME TO FILE RESPONSE TO COMPLAINT**

Defendant Central Intelligence Agency, by counsel, hereby moves for a one week enlargement of time in which to file its response to plaintiff's complaint. Defendant's response is presently due on March 18, 2013.  The requested enlargement is justified for the following reasons:

1.  Defendant has completed the search at issue in this case.

2.  The parties need an additional week to finalize an agreement narrowing the scope of plaintiff's request. This agreement will include categories of documents that will be produced and a deadline for production.

3. Plaintiff consents to a one week enlargement of time for this purpose.

4. Granting the requested enlargement would be in the interests of justice and efficiency.

Wherefore, defendant, by counsel, moves for a one week enlargement of time to March 25, 2013 to respond to plaintiff's complaint.

Respectfully submitted,

RONALD C. MACHEN, JR., D.C. Bar # 447889
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

__/s/_____
ALEXANDER SHOAIBI, D. C. BAR # 423587
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E-4218
Washington, D.C. 20530
(202) 514-7236

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served through the ECF system on March 18, 2013.

_____//_____
Alexander D. Shoaibi
Assistant U.S. Attorney