UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 12-2053 (ESH) |
| | ) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT MOTION FOR ENTRY OF PROPOSED BRIEFING SCHEDULE**

Plaintiff Electronic Privacy Information Center and Defendant Central Intelligence

Agency, by counsel, hereby move for entry of the attached proposed briefing schedule. The

grounds for this schedule are as follows:

1. The parties have conferred and agreed to the following:

>   The CIA will review and process the final report ("executive summary") of the
>   OIG investigation concerning the relationship between the Agency and the NYPD,
>   any documents cited in the drafting of that final document, and the draft report
>   that is the latest in time.  The CIA will complete production of these documents,
>   with any redactions, to EPIC by June 24, 2013.

2. The parties will file cross-motions for summary judgment following the CIA's

production of documents.

3. The parties propose that defendant's motion for summary judgment will be due on

August 8, 2013; that plaintiff's cross-motion for summary judgement will be due on September

9, 2013; that defendant's reply will be due on September 24, 2013; and that plaintiff's reply will

be due on October 9, 2013.

4. Granting the requested motion would be in the interests of justice and efficiency.

Wherefore, the parties, by counsel, move for entry of the attached proposed briefing

schedule.

Respectfully submitted,


RONALD C. MACHEN, JR., D.C. Bar # 447889
United States Attorney
for the District of Columbia


DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

__/s/_____
ALEXANDER SHOAIBI, D. C. BAR # 423587
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E-4218
Washington, D.C. 20530
(202) 514-7236


Counsel for defendant




_____/s/_____
Ginger P. McCall, D.C. Bar #1001104
Marc Rotenberg, D.C. Bar #422825
Electronic Privaccy Information Center
1718 Connecticut Avenue, N.W.
Washington, D.C.  20009


Counsel for plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served through the ECF system on March 25, 2013.

_____//_____
Alexander D. Shoaibi
Assistant U.S. Attorney