UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>  Plaintiff,<br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>  Defendant. | Civil Action No.: 12-2053 (ESH) |

## **ORDER**

**UPON CONSIDERATION** of the joint motion for entry of proposed briefing schedule, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant's motion for summary judgment will be due on August 8, 2013; that plaintiff's cross-motion for summary judgement will be due on September 9, 2013; that defendant's reply will be due on September 24, 2013; and that plaintiff's reply will be due on October 9, 2013.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2013.