UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>　　　　　　Defendant. | Civil Action No.: 12-2053 (ESH) |

**JOINT MOTION FOR A TWO WEEK EXTENSION OF
DEADLINES IN BREIFING SCHEDULE**

Plaintiff Electronic Privacy Information Center and Defendant Central Intelligence Agency, by counsel, hereby move for a two week extension of all deadlines in the briefing schedule to allow the parties to pursue settlement negotiations and possible resolve this case without further litigation. The grounds for this motion are as follows:

1.  The parties have resolved all substantive issues in the case, and are in the process of negotiating attorneys fees.

2. The parties agree that the issue of attorneys fees should be resolved within two weeks, at which point an order of dismissal with prejudice can be entered.

3. If the parties are unable to resolve attorneys fees within the two weeks requested, they will proceed to brief that issue under the following adjusted briefing schedule:

Defendant's motion for summary judgment will be due on August 22, 2013; plaintiff's cross-motion for summary judgement will be due on September 23, 2013; defendant's reply will

be due on October 8, 2013; and plaintiff's reply will be due on October 23, 2013.

    4. Granting the requested motion would be in the interests of justice and efficiency.

Wherefore, the parties, by counsel, move that their joint motion for two week extension of the briefing schedule be granted.

                  Respectfully submitted,

                  RONALD C. MACHEN, JR., D.C. Bar # 447889
                  United States Attorney
                  for the District of Columbia

                  DANIEL F. VAN HORN, D.C. BAR # 924092
                  Civil Chief

                  __/s/_____
                  ALEXANDER SHOAIBI, D. C. BAR # 423587
                  Assistant United States Attorney
                  Judiciary Center Building
                  555 Fourth Street, N.W.
                  Room E-4218
                  Washington, D.C. 20530
                  (202) 514-7236

                  Counsel for defendant

                  _____/s/_____
                  Ginger P. McCall, D.C. Bar #1001104
                  Marc Rotenberg, D.C. Bar #422825
                  Electronic Privaccy Information Center
                  1718 Connecticut Avenue, N.W.
                  Washington, D.C.  20009

                  Counsel for plaintiff