UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) 1:12-cv-02053-ESH ) |
| CENTRAL INTELLIGENCE AGENCY | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Marc Rotenberg, Esquire as counsel in this case for the Electronic Privacy Information Center.

                                                Respectfully submitted,

By: _____/s/_____

                                        Marc Rotenberg, Esquire (DC Bar # 422825)
                                        Ginger P. McCall, Esquire (DC Bar #1001104)
                                        ELECTRONIC PRIVACY INFORMATION
                                        CENTER
                                        1718 Connecticut Avenue, N.W.
                                        Suite 200
                                        Washington, D.C. 20009
                                        (202) 483-1140 (telephone)
                                        (202) 483-1248 (facsimile)

Dated:  October 10, 2012

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 18th day of May, 2012, a true copy of the foregoing Notice of Appearance was served via ECF on:

Lisa Zeidner Marcus
U.S. Department of Justice
Civil Division / Federal Programs Branch
20 Massachusetts Avenue, NW
Room 6112

                                                *Ginger P. McCall /s/*
                                                Ginger P. McCall