UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br><br>Plaintiff, )<br><br>v. )<br><br>CENTRAL INTELLIGENCE AGENCY )<br><br>Defendant. ) | 1:12-cv-02053-ESH |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of this court and all parties of record:

Please withdraw the appearance of Ginger P. McCall, Esquire, as counsel in this case for the Electronic Privacy Information Center.

                                                Respectfully submitted,

                                                By:_____ Ginger P. McCall /s/_____
                                                Ginger P. McCall (DC Bar # 1001104)
                                                Electronic Privacy Information Center
                                                1718 Connecticut Ave. NW
                                                Suite 200
                                                Washington, DC 20009
                                                (202) 483-1140 (telephone)
                                                (202) 483-1248 (fax)

Dated: August 2, 2013