# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) ) ) ) | |
| Plaintiff, ) | |
| v. ) | No. 1:12-02053 (ESH) |
| ) | |
| UNITED STATES CENTRAL INTELLIGENCE AGENCY ) ) ) | |
| Defendant. ) ) | |

## PROPOSED ORDER DISMISSING WITH PREJUDICE

Upon consideration of the foregoing settlement agreement and stipulation, <u>Electronic Privacy Information Center v. United States Central Intelligence Agency</u>, Civil No. 1:12-02053 (ESH), is hereby dismissed with prejudice this _____ day of August, 2013.

SO ORDERED.

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE